Mary Elizabeth Conn SBN 224597
MARY E CONN LAW OFFICES
55 River Street, Ste. 100
Santa Cruz, CA 95060
Telephone (831) 471-7103
Attorney for Defendant GUSTAVO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00561 EJD |
| | ) | |
| Plaintiff, | ) | **STIPULATION CONTINUING DEFENDANT** |
| v. | ) | **HERNANDEZ'S SENTENCING** |
| | ) | |
| GUSTAVO HERNANDEZ | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant, GUSTAVO HERNANDEZ, represented by Mary Elizabeth Conn, Esq., and the government, represented by THOMAS O'CONNELL, Assistant United States Attorney, have a sentencing hearing scheduled before the Court on August 6, 2012, 1:30 p.m.

Defense counsel also needs additional time to investigate certain matters related to the sentencing, and additionally, professional obligations that have recently arisen, out of state, make the sentencing on the date of August 6, 2012, unduly costly.

The Defendant is in custody, and is expected to be sentenced to BOP.

Therefore, the parties respectfully request that the Court continue the sentencing currently set to one more reasonable in light of the circumstances.

Dated: July 19, 2012

Respectfully Submitted,
MARY E. CONN LAW OFFICES

/S/

Mary Elizabeth Conn, Esq.
Attorney for Defendant
GUSTAVO HERNANDEZ


MELINDA HAAG
United States Attorney

/S/
_____
THOMAS O'CONNELL
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00561 EJD |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| v. | ) | **CONTINUING DEFENDANT** |
| | ) | **HERNANDEZ'S SENTENCING** |
| GUSTAVO HERNANDEZ | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the sentencing hearing as to GUSTAVO HERNANDEZ is rescheduled to September 10, 2012, at 1:30 P.M.

DATED: July 30, 2012

_____
THE HONORABLE E.J. DAVILA
United States District Judge