ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for RICHARDO LANDECHO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11-CR-00561-EJD |
| Plaintiff, | STIPULATION AND (XXXXXXXX) ORDER CONTINUING HEARING FROM SEPTEMBER 10, 2012 TO SEPTEMBER 24, 2012 |
| RICARDO LANDENCHO, | |
| Defendant. | |

The defendant, Ricardo Landencho, is currently scheduled for a status hearing on September 10, 2012. For the purposes of obtaining further information and conducting further investigation, his counsel is requesting a continuance of that hearing until September 24, 2012, at 1:30 p.m. The defendant, through his counsel, Robert E. Carey Jr., hereby also requests that the time from September 10, 2012 through September 24, 2012, be excluded under the provisions of the Speedy Trial Act, in that the ends of justice are served by granting this continuance, and far outweigh the best interests of the Public and the Defendant in a speedy trial, under the provisions of 18 U.S.C. § 3161 (h)(7)(A). The Assistant United States Attorney, Thomas M. O'Connell, in charge of this case has no objection to this request for a continuance, nor to the exclusion of time in this matter.

1  Dated:                          Respectfully submitted,

2                                  CAREY & CAREY

3                                        /s/

4                                  ROBERT E. CAREY, JR. Attorneys for

5                                  Defendant, RICHARD LANDENCHO

6

7

8                              ~~PROPOSED~~ ORDER

9       Good cause appearing therefore, and upon request of the Defendant
10 Ricardo Landencho, and no objection having been made by the Assistant United
11 States Attorney, Thomas M. O'Connell, it is hereby ordered that the hearing set
12 for September 10, 2012, be and is hereby continued until September 24, 2012,
13 at the hour of 1:30 p.m.  It is also ordered that pursuant to the provisions of
14 the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), that the ends of justice are
15 best served by such a continuance and outweigh the best interests of the Public
16 and Defendant in a speedy trial.

17 / / /

18 IT IS SO ORDERED.

19

20 DATED: September 6, 2012                    _____
21                                             HON. EDWARD J. DAVILA
                                                JUDGE OF THE U.S. DISTRICT COURT