```
ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX
```

Attorneys for RICHARDO LANDECHO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11-CR-00561-EJD |
| Plaintiff, | STIPULATION AND (~~PROPOSED~~) ORDER CONTINUING HEARING FROM OCTOBER 15, 2012 TO NOVEMBER 5, 2012 |
| RICARDO LANDENCHO, | |
| Defendant. | |

The defendant, Ricardo Landencho, is currently scheduled for a status hearing on October 15, 2012. For the purposes of conducting a psychological evaluation, his counsel is requesting a continuance of that hearing until November 5, 2012, at 1:30 p.m. The defendant, through his counsel, Robert E. Carey Jr., hereby also requests that the time from October 15, 2012 through November 5, 2012, be excluded under the provisions of the Speedy Trial Act, in that the ends of justice are served by granting this continuance, and far outweigh the best interests of the Public and the Defendant in a speedy trial, under the provisions of 18 U.S.C. § 3161 (h)(7)(A). The Assistant United States Attorney, Thomas M. O'Connell, in charge of this case has no objection to this request for a continuance, nor to the exclusion of time in this matter.

1 | Dated:                          Respectfully submitted,
2 |                                 CAREY & CAREY
3 |                                 _____/s/_____
4 |                                 ROBERT E. CAREY, JR. Attorneys for
5 |                                 Defendant, RICHARD LANDENCHO

## ~~PROPOSED~~ ORDER

Good cause appearing therefore, and upon request of the Defendant Ricardo Landencho, and no objection having been made by the Assistant United States Attorney, Thomas M. O'Connell, it is hereby ordered that the hearing set for October 15, 2012, be and is hereby continued until November 5, 2012, at the hour of 1:30 p.m. It is also ordered that pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), that the ends of justice are best served by such a continuance and outweigh the best interests of the Public and Defendant in a speedy trial.

/ / /

IT IS SO ORDERED.

DATED: 10/11/2012                 _____
                                  HON. EDWARD J. DAVILA
                                  JUDGE OF THE U.S. DISTRICT COURT