ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for RICHARDO LANDECHO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 11-CR-00561-EJD |
|---|---|
| Plaintiff, | STIPULATION AND (~~PROPOSED~~) ORDER CONTINUING JUDGEMENT AND SENTENCING DATE AND [proposed] ORDER THEREON |
| RICARDO LANDECHO, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant RICARDO LANDECHO, that the date set for judgment and sentence which is currently set for February 25, 2013 at 1:30 p.m., be continued to March 25, 2013, at 1:30 p.m. so that the matter may be fully prepared for the probation department.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
STIPULATION AND PROPOSED ORDER CONTINUING HEARING

In this regard, defense counsel has contacted the probation officer, Mr. Benjamin Flores, and advised him of this request.

IT IS SO STIPULATED.

DATED:  February 13, 2013        CAREY & CAREY

_____/S/_____
ROBERT E. CAREY, JR. Attorneys for
Defendant RICARDO LANDECHO

DATED: February 13, 2013         UNITED STATES OF AMERICA

_____/s/_____
THOMAS M. O'CONNELL,
Assistant U.S. Attorney

### ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of Mr. LANDECHO currently set for February 25, 2013 at 1:30 p.m., be continued to March 25, 2013, at 1:30 p.m.

IT IS SO ORDERED.

DATED: 2/15/2013

_____
HON. EDWARD J. DAVILA
JUDGE OF THE U.S. DISTRICT COURT