```
 1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
    CAREY & CAREY
 2  706 COWPER STREET
    P.O. BOX 1040
 3  PALO ALTO, CA  94302-1040
    650/328-5510
 4  650/853-3632 FAX

 5  Attorneys for RICHARDO LANDECHO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 11-CR-00561-EJD |
|---|---|
| Plaintiff, | STIPULATION AND (~~PROPOSED~~) ORDER CONTINUING JUDGEMENT AND SENTENCING DATE AND [proposed] ORDER THEREON |
| RICARDO LANDECHO, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between THOMAS M. O'CONNELL, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant RICARDO LANDECHO, that the date set for judgment and sentence which is currently set for March 25, 2013 at 1:30 p.m., be continued to April 8, 2013, at 1:30 p.m. because of the unavailability of Mr. Carey who must be in another court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1
STIPULATION AND PROPOSED ORDER CONTINUING HEARING

In this regard, defense counsel has contacted the probation officer, Mr. Benjamin Flores, and advised him of this request. He, like Mr. O'Connell, has no objection to this request.

IT IS SO STIPULATED.

DATED: March 21, 2013         CAREY & CAREY

_____/S/_____
ROBERT E. CAREY, JR. Attorneys for
Defendant RICARDO LANDECHO

DATED: March 21, 2013         UNITED STATES OF AMERICA

_____/s/_____
THOMAS M. O'CONNELL,
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of Mr. LANDECHO currently set for March 25, 2013 at 1:30 p.m., be continued to April 8, 2013, at 1:30 p.m.

IT IS SO ORDERED.

DATED:  3/22/2013

_____
HON. EDWARD J. DAVILA
JUDGE OF THE U.S. DISTRICT COURT